NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REMBRANDT DATA STORAGE, LP,**
*Plaintiff-Appellant,*

**v.**

**WESTERN DIGITAL CORPORATION,**
*Defendant-Appellee.*

---

**REMBRANDT DATA STORAGE, LP,**
*Plaintiff-Appellant,*

**v.**

**SEAGATE TECHNOLOGY, LLC,**
*Defendant-Appellee.*

---

2012-1159, -1267

---

Appeals from the United States District Court for the Western District of Wisconsin in case no. 10-CV-0694 and 10-CV-0693, Senior Judge Barbara B. Crabb.

---

**JUDGMENT**

---

JOHN S. SKILTON, Perkins Coie, LLP, of Madison, Wisconsin, argued for the plaintiff-appellant. With him on the brief were MICHELLE M. UMBERGER, CHRISTOPHER G. HANEWICZ and GABRIELLE E. BINA.

RICHARD G. FRENKEL, Latham & Watkins, LLP, of Menlo Park, California, argued for defendant-appellee, Western Digital Corporation. With him on the brief were MICHAEL A. LADRA and MELISSA A. KOPACZ. Of counsel on the brief were DEAN DUNLAVEY and RYAN R. OWENS, of Costa Mesa, California.

DAVID J.F. GROSS, Faegre Baker Daniels LLP, of Minneapolis, Minnesota, argued for the defendant-appellee, Seagate Technology, LLC. With him on the brief were CALVIN L. LITSEY and TIMOTHY E. GRIMSRUD. Of counsel were CHAD DROWN, TIMOTHY M. SULLIVAN, and LUCAS J. TOMSICH.

---

THESE CAUSES having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, PLAGER, and CLEVENGER, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 10, 2012          /s/ Jan Horbaly
        Date                        Jan Horbaly
                                        Clerk